# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| GLENN HANSEN | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | NO. 18-5560 |
| | : | |
| MICHAEL CLARK, *et al.* | : | |

## ORDER

**AND NOW**, this 27th day of January 2020, following our careful and independent review of the Petition for writ of *habeas corpus* (ECF Doc. No. 2), Judge Rueter's December 12, 2019 exhaustive Report and Recommendation (ECF Doc. No. 20) including specifically addressing the sufficiency of overwhelming testimonial evidence and the exhaustion of remedies in the Pennsylvania courts, and studying the *pro se* Petitioner's Objections (ECF Doc. No. 23) to Judge Reuter's Report and Recommendation, it is **ORDERED**:

1. The *pro se* Objections (ECF Doc. No. 23) are **OVERRULED** as there is no basis for an "actual innocence" argument, Petitioner did not overcome the substantial findings of his guilt based on the evidence of record, including his detailed confession to his sister, trial counsel is not ineffective for not further damaging his credibility by highlighting his rape of his sister before her testimony, and there is no basis to find the question to the investigating detective concerning Petitioner's silence in response to questioning violates his constitutional rights or is improper"character" evidence;

2. We **APPROVE** and **ADOPT** Judge Rueter's exhaustive Report and Recommendation (ECF Doc. No. 20);

3. We **DENY** the Petition for writ of *habeas corpus* (ECF Doc. No. 2);

4. We find no probable cause to issue a certificate of appealability;[1] and,

5. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.

---

[1] *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).